```
                     UNITED STATES DISTRICT COURT                    Send
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
                       CIVIL MINUTES - GENERAL
```

Case No.   CV 06-6208 GPS(JCx)                    Date:   March 3, 2008

Title:    *Kimberly Manfred, et al. v. Joshua P. Greenrock, et al.*

================================================================
PRESENT:          THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

         Jacob Yerke                          Pam Cotten
       Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Garry Williams                        Steven Joffe
Paul Ottosi                           Ashley Leach

PROCEEDINGS:    Pretrial Conference

    Counsel appeared for the pretrial conference.  As stated on the record, the Court decided the pending motions-in-limine as follows:

    Plaintiff's first motion-in-limine is **DENIED**.

    Plaintiff's second motion-in-limine is **GRANTED IN PART**.  The subrosa video at issue shall be limited to the portion where Plaintiff enters the vehicle and the portion where she exits and walks away.

    Defendants' first motion-in-limine is **GRANTED IN PART**.  The "idle acceleration" test is excluded.

    Defendants' second motion-in-limine remains **UNDER SUBMISSION**.  The Court will hold a *Daubert* hearing on **March 4, 2008 at 10:30 a.m.** to determine if Plaintiff's bio-mechanical expert is qualified to testify on how external forces affected Plaintiff's body.

    These rulings are without prejudice to being renewed based on the proceedings at trial.


**IT IS SO ORDERED.**



                                                                :25 mins


MINUTES FORM 11                            Initials of Deputy Clerk JY
CIVIL - GEN