1  Paul H. Ottosi - State Bar #69250
   LAW OFFICES OF PAUL H. OTTOSI
2  16055 Ventura Boulevard, Suite 1200
   Encino, California 91436
3
   Telephone: (818) 905-7333 - Fax: (818) 905-5598
4
5  Garry W. Williams - State Bar #63200
   LAW OFFICE OF GARRY W. WILLIAMS
6  6928 Owensmouth Avenue, Suite 102
   Canoga Park, California 91303-2003
7
   Telephone: (818) 715-9212 - Fax: (818) 715-7127
8
   Attorneys for Plaintiffs, KIMBERLY MANFRED and
9  AIDAN McCOY, by and through his guardian ad litem,
   Kimberly Manfred
10

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| KIMBERLY MANFRED and AIDAN McCOY, by and through his guardian ad litem, Kimberly Manfred; | CASE NO. CV-06-06208 GPS (JCx) |
| Plaintiffs, | Trial Date: March 4, 2008 |
| vs. | NOTICE OF ENTRY OF JUDGMENT |
| JOSHUA P. GREENROCK; TIME WARNER, INC. a Delaware corporation; TURNER BROADCASTING SYSTEM, INC., a Georgia corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO: THE INTERESTED PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, AND TO THIS HONORABLE COURT:

   Judgment in the above-entitled matter in favor of plaintiff, KIMBERLY MANFRED, as against defendant, SUPERSTATION, INC., in the amount of $406,609.20 plus taxable costs (approval of which

---

1 | is pending) is hereby entered this date ~~~~~,
2 | ~~2008~~.
3
4 | DATED: April _10_, 2008
5
6 | _George P. Schiavelli_
  | GEORGE P. SCHIAVELLI
7 | JUDGE, UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE OF ENTRY OF JUDGMENT

# PROOF OF SERVICE
## (C.C.P. Sec. 1013(a))

STATE OF CALIFORNIA :
                    :
COUNTY OF LOS ANGELES:

    I, SUSAN BROWN, am a resident of/employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is: 6928 Owensmouth Avenue, Suite 101, Canoga Park, California 91303-2003.

    On April __3__, 2008, I served the foregoing document described as **NOTICE OF ENTRY OF JUDGMENT** on the interested parties listed below:

Steven J. Joffe, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
**Phone: (213) 443-5100 - Fax: (213) 443-5101**

_____ VIA FACSIMILE By sending a true copy of the above-described document via facsimile on _____, from facsimile number (818) 715-7127 to facsimile number (___) _____, which number is known to be the facsimile number for the above-named individuals being served herein.

_____ VIA FEDERAL EXPRESS

_____ VIA MESSENGER By causing a true copy thereof to be delivered via messenger service at the address(es) set forth above.

_____ VIA U.S. MAIL By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit of mailing an affidavit.

_____ (State) I certify or declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on April _____, 2008, at Canoga Park, California.

                                _____
                                  SUSAN BROWN